United States District Court
Southern District of Texas
**ENTERED**
June 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRY STRICKLAND, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> CHEROKEE ROCK, INC.; ECOSTIM, INC.; and ECO-STIM ENERGY SOLUTIONS, INC., <br><br> *Defendants*. | No. 4:18-cv-01389 <br><br> JURY TRIAL DEMANDED |

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

Having considered the Joint Stipulation of Dismissal With Prejudice filed by Plaintiffs Terry Strickland, Bennie Andrews and Alan Parks (collectively, "Plaintiffs") and Defendants Cherokee Rock, Inc., Ecostim, Inc. and Eco-Stim Energy Solutions, Inc. (collectively, "Defendants" and with Plaintiffs, the "Parties"), in which the Parties have agreed to the entry of this Judgment, and having considered the final arbitrator awards in the Strickland Arbitration, Andrews Arbitration and Parks Arbitration, each determining that the settlement of the respective Parties was a fair and equitable compromise of a bona fide dispute, it is therefore ORDERED that

This action shall be and is hereby DISMISSED WITH PREJUDICE, each such party to bear its own costs.

SIGNED AND ENTERED THIS _11th day of June, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE